Larry Chae (SBN 268979)
Email: lchae@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiffs,
SAMANTHA YETTER AND LUCAS YETTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA YETTER AND LUCAS YETTER,<br><br>        Plaintiffs,<br><br>        v.<br><br>FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:24-cv-07004-PCP<br><br>**Request for Entry of Judgment Pursuant to FRCP 68(a)**<br><br>[Complaint Filed: July 9, 2024] |

1

**REQUEST FOR ENTRY OF JUDGMENT**

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiffs SAMANTHA YETTER AND LUCAS YETTER accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 in the amount of $80,000.00 on April 10, 2026, which is attached hereto as **Exhibit 1**. Plaintiffs hereby apply for the Entry of Judgment in the amount of $80,000.00 pursuant to the terms of the Rule 68 attached herein.

Dated: May 5, 2026          STRATEGIC LEGAL PRACTICES, APC

Larry Chae
Attorney for Plaintiffs
SAMANTHA YETTER AND LUCAS YETTER

2

**REQUEST FOR ENTRY OF JUDGMENT**

# EXHIBIT 1

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
consumerwarrantyford@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SAMANTHA YETTER AND LUCAS YETTER,

Plaintiffs,

vs.

FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,

Defendants.

Case No.   5:24-cv-07004-PCP

District Judge: Hon. P. Casey Pitts

**DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

Complaint:         July 9, 2024
Removed:          October 7, 2024
Trial:                June 15, 2026

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that pursuant to the provisions of Federal Rules of Civil Procedure Rule 68, Defendant Ford Motor Company ("Ford"), on behalf of itself, hereby offers to allow judgment to be taken against it as follows ("Offer"):

1. Ford will pay Plaintiffs Samantha Yetter and Lucas Yetter ("Plaintiffs") the sum of **$80,000.00**, less any remaining loan balance, for Plaintiffs' 2022 Ford Escape, VIN: 1FMCU0DZ3LUC36807 ("vehicle"). Ford will pay this amount to Plaintiffs and Plaintiffs' counsel within sixty (60) days of

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**Gordon Rees Scully Mansukhani, LLP**
315 Pacific Avenue
San Francisco, CA 94111

acceptance of this Offer. Ford will pay any loan balance on the vehicle directly to the lender within fourteen (14) days after Plaintiffs surrender the vehicle to Ford or its designee, as described in Paragraph 3. Ford will reimburse Plaintiffs for any additional monthly loan payments directly attributed to the vehicle made between the date of execution of this Offer by Plaintiffs and payment by Ford of the loan balance, which are not reimbursed directly to Plaintiffs by the lender.

2. As part of this Offer, Ford offers to permit judgment to be entered solely upon the terms of paragraph 1, and Plaintiffs shall retain the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Civil Code section 1794(d). In ruling on Plaintiffs' fee/cost motion(s), the attorney fees, expenses and costs shall be calculated as if Plaintiffs were found to have prevailed in this action under section 1794(d) of the California Civil Code. Ford expressly reserves all defenses to Plaintiffs' fee/costs motion(s). Plaintiffs may recover for attorney fees and costs reasonably and actually incurred in bringing such a fee/cost motion(s). Ford will pay the attorney fees and cost amounts determined by the Court within 30 days' written notice of entry of the Court's ruling awarding these amounts.

3. Plaintiffs will surrender the vehicle to Ford on a date, time and place mutually agreeable no later than 60 days after the parties' counsel have accepted this Offer.  Plaintiffs will surrender the vehicle with clear title, free and clear of all liens and encumbrances, other than the lender of record, to Ford or its designee. Plaintiffs will also execute whatever documents are necessary to effectuate the transfer of the vehicle to Ford.

4. Ford will waive all claims it may have for costs and fees in this action.

5. Plaintiffs will agree to file a Joint Stipulation of Dismissal dismissing this action in its entirety with prejudice, within 14 days after Ford tenders the final amounts due to Plaintiffs and Plaintiffs' counsel.  Plaintiffs are not required to execute any separate release of claims.

6. This Offer is inclusive of all damages, restitution, costs, attorney fees, expenses, penalties, pre-judgment interest, post-judgment interest, and any other sums or amounts or claims that have been asserted by Plaintiffs in this action.  If this Offer is accepted, Plaintiffs shall not be entitled, except as specified herein, to seek damages, costs, attorneys' fees, expenses, penalties, pre-judgment interest, post-judgment interest, or any other sums or amounts or claims in this action.

7. Failure to accept this Offer will result in Ford claiming all benefits accruing to it under Federal Rules of Civil Procedure rule 68 should Plaintiffs not achieve a more favorable result at the trial of this action.

8. This Offer is made for the purposes specified in Federal Rules of Civil Procedure rule 68, and will be deemed withdrawn unless written notice of acceptance of this Offer is made in the applicable time period set forth by law (within fourteen (14) days of the date that it is served). Plaintiffs' acceptance of this Offer must be made in writing, and may be indicated by Plaintiffs' counsel's signature below.

Dated:  April 9, 2026          GORDON REES SCULLY MANSUKHANI, LLP

By: _____
　　Spencer P. Hugret
　　Katherine P. Vilchez
　　Trina M. Clayton
　　Attorneys for Defendant
　　FORD MOTOR COMPANY

I hereby accept this Offer on the terms stated on behalf of Plaintiffs.

Dated: 4/10/2026          STRATEGIC LEGAL PRACTICES, APC

By:_____
　　Tionna Carvalho
　　Attorney for Plaintiffs
　　SAMANTHA YETTER
　　and LUCAS YETTER

DEF. FORD MOTOR COMPANY'S STATUTORY OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA  94111**

## <u>CERTIFICATE OF SERVICE</u>

*Samantha Yetter and Lucas Yetter v. Ford Motor Company, et al.*
USDC Northern District California, Case No.: 5:24-cv-07004-PCP

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon, Rees, Scully Mansukhani, LLP 315 Pacific Avenue, San Francisco, CA  94111.  On the below-mentioned date, I served the within documents:

**DEFENDANT FORD MOTOR COMPANY'S STATUTORY OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

☒     by transmitting VIA ELECTRONIC MAIL (krieve@grsm.com) the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m. (*Per agreement of the parties*.)

| | |
|---|---|
| Tionna Carvalho<br>STRATEGIC LEGAL PRACTICES, APC<br>1888 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>Tel.: (310) 929-4900<br>Fax: (310) 943-3838<br>Email: emailservices@slpattorney.com<br>Email: tcarvalho@slpattorney.com<br>Email: pshahian@slpattorney.com | ***Attorney for Plaintiffs***<br>**SAMANTHA YETTER**<br>**and LUCAS YETTER** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 9, 2026, at San Francisco, California.

_____*/s/ Kaitlyn Rieve*
Kaitlyn Rieve

CERTIFICATE OF SERVICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SAMANTHA YETTER AND LUCAS YETTER,

    Plaintiffs,

  v.

FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,

    Defendants.

Case No. 5:24-cv-07004-PCP

Hon. P. Casey Pitts

[PROPOSED] **JUDGMENT**

The Court, having considered Plaintiffs' Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiffs SAMANTHA YETTER AND LUCAS YETTER ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on April 10, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $80,000.00 pursuant to the terms of the Rule 68 Offer.

  **IT IS SO ORDERED.**

Date: May 7, 2026

       _____
       Hon. P. Casey Pitts
       UNITED STATES DISTRICT JUDGE

1

[PROPOSED] JUDGMENT